■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVIER FLORES, Appellant. [739 NYS2d 602] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered January 14, 2000, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the evidence was legally insufficient is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of robbery in the first degree (*see* Penal Law § 160.15 [3]), on a theory of accomplice liability (*see* Penal Law § 20.20), beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see People v Gaimari,* 176 NY 84). Its determination should not be disturbed unless clearly unsupported by the record (*see People v Garafolo,* 44 AD2d 86). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are without merit. Ritter, J.P., Smith, Friedmann and Cozier, JJ., concur.